UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PATRICIA GAIL LEDDY,

                Plaintiffs,

                                                08 CV 02377

     -against-

STARR TRANSIT CO. INC. and
FREDERICK A. GILMER,

                Defendants.
_____

## NOTICE OF CHANGE OF ADDRESS

To:    Attorney Admission Clerk and All Other Parties

      I am a U.S.D.C., Southern District of NY attorney. My bar number is 6446. I am a member of the law firm of Gallo Vitucci Klar Pinter & Cogan, 90 Broad Street, 3rd floor, New York, NY 10004, 212 683-7100, 212 683-5555 fax, mvitucci@gvlaw.com.

Dated: New York, New York
       March 17, 2008

                                          Respectfully submitted,

              By:       _____
                                MATTHEW J. VITUCCI (6446)
                                *Attorneys for Defendants*
                                GALLO VITUCCI KLAR
                                PINTER & COGAN
                                *Attorneys for Defendants*
                                STARR TRANSIT CO. INC. and
                                FREDERICK A. GILMER,
                                90 Broad Street, 3rd Floor
                                New York, New York 10004
                                (212) 683-7100

TO:    LEANDROS A. VRIONEDES, ESQ.
        *Attorneys for Plaintiff*
        381 Park Avenue South, Suite 701
        New York, NY 10016
        (212) 889-9362