```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
======================================X         DEMAND FOR TRIAL
PATRICIA GAIL LEDDY,                              BY JURY

                    Plaintiff,                    08 CV 02377
                                                  Judge Swain
       - against -

STARR TRANSIT CO., INC. and
FREDERICK A. GILMER,

                    Defendants.
======================================X
```

**S I R S :**

Pursuant to Rule 38(b) and Rule 81(c) of the Federal Rules of Civil Procedure, a trial by jury of all issues is demanded.

Dated: New York, New York
       March 17, 2008

                                                LEANDROS A. VRIONEDES, P.C.

                                                BY: LEANDROS A. VRIONEDES (2405)
                                                Attorney for plaintiff
                                                381 Park Avenue South, Suite 701
                                                New York, New York 10016
                                                212-889-9362

TO:   GALLO, VITUCCI, KLAR, PINTER & COGAN
       Attorneys for Defendants
       STARR TRANSIT CO. INC. and
       FREDERICK A. GILMER
       90 Broad Street, 3rd Floor
       New York, New York 10004

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK

PAULETTE MASTANDREA, being duly sworn, deposes and says that I reside in Orange County, New York, am over the age of eighteen and not a party to this action.

That on March 17, 2008, deponent served the within **DEMAND FOR JURY TRIAL** upon:

GALLO, VITUCCI, KLAR, PINTER & COGAN
90 Broad Street, 3rd Floor
New York, New York 10004

at the addresses designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in a post office, official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
PAULETTE MASTANDREA

Sworn to before me this
17th day of March, 2008

_____
Notary Public

LEANDROS A. VRIONEDES
Notary Public, State of New York
No. 41-4959993
Qualified in Queens County
Commission Expires Dec. 18, 2009

08 CV 02377

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PATRICIA GAIL LEDDY,

          Plaintiff,

   -against-

STARR TRANSIT CO. INC. And
FREDERICK A. GILMER,

          Defendants.

**DEMAND FOR JURY TRIAL**

**LEANDROS A. VRIONEDES, P.C.**
Attorney for plaintiff
Office and Post Office Address, Telephone
381 Park Avenue South, Suite 701
New York, New York 10016
212-889-9362