AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 08 CV 02377 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Patricia Gail Leddy

I certify that I am admitted to practice in this court.



| | |
|---|---|
| 3/17/2008 | |
| Date | Signature |

Leandros A. Vrionedes, P.C.                                  (2405)
Print Name                                              Bar Number

381 Park Avenue South, Suite 701
Address

New York, NY 10016
City                State                Zip Code

(212) 889-9362                              (212) 202-6407
Phone Number                                      Fax Number