# Gallo Vitucci Klar Pinter&Cogan

90 Broad Street, 3rd Floor
New York, New York 10004
Telephone (212) 683-7100
Facsimile (212) 683-5555
www.gvlaw.com

<u>New Jersey Office</u>:
140 Sylvan Avenue
Englewood Cliffs, NJ 07632
Telephone (201) 242-1011
Facsimile (201) 242-8201

April 7, 2008

United States District Court Justice Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

Re:   **LEDDY v. STARR TRANSIT CO., INC.**
File No:   08-CV-02377

Your Honor:

This office is representing the defendants Starr Transit Co, Inc. and Frederick Gilmer in the above captioned matter. I am reporting that this case has settled in the amount of $55,000 and awaiting receipt of the stipulation of discontinuance and general releases.

Thank you for your consideration and indulgences with respect to this matter.

Very truly yours,

MATTHEW J. VITUCCI

MJV/yp

cc:   Leandros A. Vrionedes, Esq.
381 Park Avenue South, Suite 701
New York, New York 10016