UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===============================================X
PATRICIA GAIL LEDDY,

                Plaintiff,

      - against -

STARR TRANSIT CO., INC. and
FREDERICK A. GILMER,

                Defendants.
===============================================X

STIPULATION OF
DISCONTINUANCE

08 CV 02377
Judge Swain

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, contingent upon receipt of settlement proceeds, without costs to either party as against the other. This stipulation may be filed in counterparts without further notice with the Clerk of the Court.

Dated: New York, New York
       April 2, 2008

LEANDROS A. VRIONEDES, P.C.

BY: LEANDROS A. VRIONEDES (2405)
Attorney for plaintiff
381 Park Avenue South, Suite 701
New York, New York 10016
212-889-9362

GALLO, VITUCCI, KLAR, PINTER & COGAN

BY: MATTHEW VITUCCI (6446) Joseph Stronghold (9312)
Attorneys for Defendants
90 Broad Street, 3rd Floor
New York, New York 10004
(212) 305-4170