USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PATRICIA GAIL LEDDY,                         STIPULATION OF
                                             DISCONTINUANCE _and order_

                    Plaintiff,               08 CV 02377
                                             Judge Swain
        - against -

STARR TRANSIT CO., INC. and
FREDERICK A. GILMER,

                    Defendants.
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, contingent upon receipt of settlement proceeds, without costs to either party as against the other. This stipulation may be filed in counterparts without further notice with the Clerk of the Court.

Dated: New York, New York
       April 2, 2008

                                    LEANDROS A. VRIONEDES, P.C.

                                    BY: LEANDROS A. VRIONEDES (2405)
                                    Attorney for plaintiff
                                    381 Park Avenue South, Suite 701
                                    New York, New York 10016
                                    212-889-9362

SO ORDERED.                         GALLO, VITUCCI, KLAR, PINTER & COGAN

_/s/_ 6/11/08                       BY: ~~MATTHEW VITUCCI (6446)~~ Joseph Stanshets (9312)
LAURA TAYLOR SWAIN                  Attorneys for Defendants
UNITED STATES DISTRICT JUDGE        90 Broad Street, 3rd Floor
                                    New York, New York 10004
                                    (212) 305-4170